**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Gardell Delmaro Yancey,

**Plaintiff(s),**

**vs.** **Case No.**

United States Government
United States Department of Justice
United States Department of Health and Human Services
United States Department of Education,
United States Postal Service
United States Department of Labor
**Defendant(s).**
Central Intelligence Agency
National Security Agency
National Aeronautics and Space Administration
State of Illinois Supreme Court

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

***This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.***

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Gardell Delmaro Yancey.

***If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.***

4. Defendant, ______________________________________________, is
(name, badge number if known)

☐ an officer or official employed by ______________________________;
(department or agency of government)

_____________________________________________________ or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is ___________________________________. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _______________, at approximately ____________ ☐ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____________

__________________________, in the County of ________________,

State of Illinois, at ____________________________________________,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with needed medical care;
- ☐ conspired together to violate one or more of plaintiff's civil rights;
- ☐ Other:

_____________________________________________________

_____________________________________________________

______________________________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: ***(Leave blank if no custom or policy is alleged)***:______________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

9. ***(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")*** The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows______________________________________________
______________________________________________________________.

☐ Other: ______________________________________________________.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***)

Attached letter

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Fifth Amendment, Fourteenth Amendment, Writ of Mandamus, Writ of Certiorari, Bill of Attainder, Title IV of the Civil Rights Act of 1964, Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Official Misconduct, Obstruction of Justice, Long-Arm Jurisdiction, Hate Crime, Assault, Abuse, Theft, Illegal Entry, Discrimination, Retaliation and Collusion.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☑ No



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Gardell Yancey

Plaintiff's name ***(print clearly or type)***: Gardell Delmaro Yancey

Plaintiff's mailing address: 2030 Sycamore Ave

City Hanover Park State IL ZIP 60133

Plaintiff's telephone number: ( ) ____________.

Plaintiff's email address ***(if you prefer to be contacted by email)***: gyancey2002@yahoo.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

***If yes, please list the cases below.***

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

12-17-24

United States District Court For The Northern District Of Illinois
Reason to file a Lawsuit

I am notifying the United States District Court For The Northern District Of Illinois about questionable activity that have occurred with the parties of the United States Government, United States Department of Justice, United States Department of Health and Human Services, United States Department of Education, United States Postal Service, United States Department of Labor, Central Intelligence Agency, National Security Agency, National Aeronautics & Space Administration and the State of Illinois Supreme Court with the alleged charges of the Fifth Amendment, Fourteenth Amendment, Writ of Mandamus, Writ of Certiorari, Bill of Attainder, Title IV of the Civil Rights Act of 1964, Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Official Misconduct, Long-Arm Jurisdiction, Obstruction of Justice, Hate Crime Assault, Abuse, Theft, Illegal Entry, Discrimination, Retaliation and Collusion. On 2-21-18, an assault was caught on camera at the Hanover Park Library, to where the local Police department was called to the location of the incident that involved a Hate Crime. The officers arrived on the scene, in which a request was made by me for the offender to be charged. Questionable actions occurred by the officers when they elected not to arrest the offender. This led to Sergeant McDonnell being called on the scene by the Plaintiff, in which he concurred with the officers' decision not to prosecute. I then expressed to the supervising officer that I did not agree with the decision given and that my rights were not exercised, to where all parties left the scene. Several attempts to contact supervising officers including Chief of Police Mike Menough at the Hanover Park Police Station were unsuccessful to date. A complaint was file about the incident with the department. Similar instances happened with the Oak Park, Chicago, North Riverside and Forest Park Police Departments in the denial of the Plaintiff's civil rights that displayed a pattern of behavior. The complaint was then escalated to the Illinois Attorney General's office about the discrepancy that occurred with the Hanover Park Police Department. After reviewing the grievance, the office elected not to investigate the claim stating that the department did not have jurisdiction with the Plaintiff's concern. However in their literature on its' website, it stated that the office does handle discrepancies with police. This led me to file a complaint with the Illinois Department of Human Rights regarding civil rights violations. The report was given to an investigator Maryann Petway, in which she did not conduct a formal interview about the concern. I attempted for years to resolve the manner through emails, voice messages and personal appearances, in which I did not get a reply from several members of the agency. However, this displayed another example of a possible pattern of behavior that is connected to previous complaints filed with the office that are still pending as shown here **18M0611.01, 18M0611.02, 18M0611.03** and **18M0611.04**. Included with the explanation, is a report to of which the Illinois Department of Human Rights did not file a claim that involved the Hate Crime Assault. Attempts to resolve the discrepancy with the parties for an inquiry consisted of: Deputy Director Alex Bautista, Intake Unit Department Manager Oscar Montes, Lead Investigator Intake Unit Jacquelyn Turner Hamb and Investigator Maryann Petway, to where emails can be provided for evidence that extended to 2-5-20. As a result, caused a disruption with the Due Process of the Law. This would answer any questions of Tolling the Limitation violation, because it was resolved by the request of an arrest with the Hanover Park Police of the person involved in the Hate Crime Assault that was not performed with the inclusion of a video as proof of the event. This could also account as Obstruction of Justice and Official Misconduct given that the incident was reported immediately. Another possibly that I am requesting for the court to consider is the Co-VID 19 crisis that caused a delay with closed government and municipal facilities.

On 5-31-23, I visited the FBI Chicago Branch at approximately 9:20 am, to where I spoke with a Hispanic female security guard via intercom about Hate Crimes that needed to be reported with the department. I was then told by her that it would be a

wait time to meet with personnel regarding my concerns and to stand in the parking lot area for an agent. At 10:03 am, I met with agent Casey Halliberger outside of the complex, to where she started addressing my complaint. I asked immediately as to why were we having the conversation outside in the parking lot and not in the building. She explained that the CoVid-19 epidemic changed security protocols, to where this was standard. A statement letter was then given to Casey about the purpose of my complaint, which contained descriptions of Hate Crimes, Official Misconduct and National Security. She was told of supporting evidence to my claims, including a video of the assault available if needed. Casey then suggested that I file the report online on their website at "lc3.gov." I then stated multiple times that there were National Security concerns with the inquiry, in which she ended the conversation abruptly and left into the building. On 6-2-23, I filed the complaint on their online website as requested, to where I have yet to receive a response to date about the inquiry.

The United States Department of Education is also in question regarding Northern Illinois University's Financial Aid & Scholarship and Bursar Office about questionable actions that may have occurred, which effected the status I had with the university. This is regarding possible claims of Due Process, Official Misconduct, Discrimination and Retaliation violations. A complaint was previously sent to the President Lisa C. Freeman, Financial Aid and Scholarship Director Samantha McCarron & Associate Director Sharon Collins, Bursar Director Miesha Daley, Ombudsperson Sandra Cox with no current investigations. The concern is about my Student Loan Balance, which in my opinion should have been sent to my lenders for deferment. I spoke with the Financial Aid & Scholarship and Bursar office about my concern, to where questionable statements were made by staff members regarding the discrepancy with the University. I tried for several months to resolve the issue that caused a hold with the school preventing me from registering for the Spring Semester of 2024. This was explained to the departments, in which I was given documentation that highlighted my point for a solution, however the problem still persisted. During this time, I incurred late fees that are now near the maximum availability of Financial Aid totaling $12,500. I am questioning about the effect that it would have on the possible amount transferred to my loans, if resolved. Included is a concern of the legality with billing, to of which I may have been charged for two semesters in one that caused an outstanding balance. I am notifying the counselor for double billing, because I only attended one semester at the university. In addition, there may be a third bill that is in question with the Illinois Comptroller. However, there is another issue that needed to be addressed about the amount pending with my lenders Nelnet Inc. and EdFinancial that should have been considerably less. I would like to request an audit of the balances held for deferment as fraud. Also included as a discrepancy, involves a Pell Grant of $5,700 that was not included in the documents given from the department through a request for record. I was notifying about the amount through a letter that was sent to my home address in the beginning of the Fall semester of 2023. Management was also notified about the occurrences with no inquiry thereafter. This may also have a connection with the grades that I received in the semester, to of which a Grade Appeal request was made with university that had discrepancies in the process. Documents are available if needed to support my claims.

There is also a possible connection between my places of employment that may involve Questionable Protocols, Coercion and Theft that needed to be reported to the United States Department of Labor. The United States Department of Health and Human Services also have incidents that need to be addressed as well that possibly prolonged my symptoms with various medical facilities I visited. Questionable actions have occurred regarding complaints of **16174891, 16174821, 16174839, 16185669, 16583968, 16584062, 16962224, 16972568, 16972317, 17238176, 17239885, 17452086, 19340413, 20101006, 21855639, 22466028, 22845309, 24273221, 25966120, 26074213, 26073461, 26379053, 26481119, 27532188, 29762614, 16428682, 16598322, 16598419, 16961304, 16973075, 16973113, 17239467, 17240202, 17452116, 19339849, 20101232, 21855380, 22466244, 22846079, 24273255, 25965850, 26073434, 26073687, 26380137, 26482239, 27531904** and **29763271** from the department that I would like to be reported as possible Bill of the Attainder violations.

Also on the state level with the State of Illinois Supreme Court, was about possible discrepancies that may have occurred during the filing process. On both 10-18-24 and 10-25-24, a Reason To Sue letter was sent to the Clerk's office that resulted in no response. Included with the letter, was a 66 page document that contained evidence for a reason of a lawsuit. I am inquiring with U. S. District Court For The Northern District Of Illinois as to the status of the filing for possible violations of Fifth Amendment, Fourteenth Amendment, Writ of Certiorari, Bill of Attainder, Official Misconduct, Obstruction of Justice and Collusion. There also may be acts of collusion that included other parties brought under suit regarding the United States Government, United States Department of Justice, United States Department of Education, United States Department of Health and Human Services and the Central Intelligence Agency for a possible case. The reason for the listings were to establish a pattern of behavior from the defendants involving possible discrepancies with my civil rights. This is important,

because it could show possible collusion between the parties to establish a story line for evidence in the trial if granted. There were also interests that needed to be protected in regards to ongoing occurrences that involve National Security. This is important because it could have an adverse effect on the outcome of the overall case filing.

Sincerely,
Gardell Yancey
2030 Sycamore Ave
Hanover Park, IL 60133
gyancey2002@yahoo.com

Gardell Yancey

State of Illinois Supreme Court

Civil Lawsuit

Gardell Yancey

Envelope **29805405**

10-25-24

State of Illinois
Supreme Court
Judicial Inquiry Board
Complaint
Case: **2023 L 005690**

To whom it may concern, I am notifying the State of Illinois Supreme Court about possible discrepancies that may have occurred with the State of Illinois Judicial Inquiry Board's complaint of the Circuit Court of Illinois' Judge Kathy M. Flanagan case **2023 L 005690.** On May 10, 2024, a grievance was sent to the Judicial Board, about a case filed with the state. In the Reason to Sue letter, it stated "To whom it may concern, I am notifying the State of Illinois Judicial Inquiry Board about possible discrepancies that may have occurred with Judge Kathy M. Flanagan case **2023 L 005690** regarding the Due Process of Law. For several years, I have experienced questionable activity from judicial, law enforcement, health, religious and various municipalities. Complaints were filed with local, state and government institutions, to where no investigations were done. The parties involved are the Illinois Judicial Inquiry Board, Chicago Police, Oak Park Police, Hanover Park Police, Streamwood Police, Addison Police and Forest Park Police. This is regarding claims of the Fourteenth Amendment, Writ of Mandamus, Writ of Certiorari, Bill of Attainder, Title IV of the Civil Rights Act of 1964, Official Misconduct, Long-Arm Jurisdiction, Obstruction of Justice, Assault, Theft, Illegal Entry, Discrimination and Retaliation. Included with the filing, was an explanation of my concerns with the defendants above in detail that was edited by Judge Flanagan. However what was notated, was evidence of a possible reason to achieve a court date in my opinion. For example on 2-21-18, an assault was caught on camera at the Hanover Park Library, to where the local Police department was called to the location of the incident that involved a Hate Crime. The officers arrived on the scene, in which a request was made by the Plaintiff for the offender to be charged. Questionable actions occurred by the officers when they elected not to arrest the assailant. This led to Sergeant McDonnell being called on the scene by the Plaintiff, in which he concurred with the officers' decision not to prosecute. The Plaintiff then expressed to the supervising officer that he did not agree with the resolution given and that his rights were not exercised. The video of the event was acquired by the Plaintiff through the Schaumburg Township District Library. Several attempts to contact supervising officers including Chief of Police Mike Menough at the Hanover Park Police Station were unsuccessful to date. Similar instances happened with the Oak Park, Chicago, North Riverside and Forest Park Police Departments in the denial of the Plaintiff's civil rights that displayed a pattern of behavior.

The complaint was then escalated to the Illinois Attorney General's office about the discrepancy that occurred with the Hanover Park Police Department. After reviewing the grievance, the office elected not to investigate the claim stating that the department did not have jurisdiction with the Plaintiff's concern. However in their literature on its' website, stated that the office is responsible for police misconduct. This led the Plaintiff to file a complaint with the Illinois Department of Human Rights regarding civil rights violations. The report was given to an Investigator, in which she did not conduct a formal interview about the concern. The Plaintiff attempted for years to resolve the manner through emails, voice messages and personal appearances, in which he did not get a reply from several members of the agency about the continuation of the case. This displayed another example of a pattern of behavior, in which previous complaints that were filed with the office that are still pending as shown here **18M0611.01, 18M0611.02, 18M0611.03** and **18M0611.04**. In addition with the explanation, is a report to of which the Illinois Department of Human Rights did not file the claim that involved the Hate Crime Assault. Attempts to resolve the discrepancy with the parties for an inquiry consisted of the: Deputy Director Alex Bautista, Intake Unit

Department Manager Oscar Montes, Lead Investigator Intake Unit Jacquelyn Turner Hamb and Investigator Maryann Petway, to where emails can be provided that extended to 2-5-20 for evidence upon request. As a result, caused a possible disruption with the Due Process of the Law. This in my opinion would answer any questions of a Tolling the Limitation violation, because it was resolved by the request of an arrest with the Hanover Park Police of the person involved in the Assault that was not performed. This could also account as Obstruction of Justice and Official Misconduct given that the incident was reported immediately. Also included as a possibly that I would like the court to consider, is the Co-VID 19 crisis that caused a delay with the closing of government and municipal facilities. There were also National Security concerns that were brought to the attention of the court in the letter as well, thank you." On 7-16-24, I received a decision from the Board that resulted in a Dismissal Letter, even with the conclusive evidence presented to the state in my opinion that I am now protesting.

However since the filing, I have experience more discrepancies that included Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Abuse, Theft, Collusion with the parties of the United States Government, United States Department of Justice, United States Department of Health and Human Services, United States Department of Education, United States Postal Service, United States Department of Labor, Central Intelligence Agency, National Security Agency, National Aeronautics & Space Administration, Maywood Police Department and Elburn Police Department. I would like to report to the court as possible Bill of the Attainder violations due to questionable procedures by the Judicial Board. Furthermore, I believe could show acts of collusion between the parties named above that resulted in possible Official Misconduct. On 10-16-24, a previous filing was with the State of Illinois Supreme Court that was Rejected by Clerk stating that "Correspondence addressed to the Illinois Supreme Court must be placed in the U.S. Mail." However, there were discrepancies I experienced during the filing that may need to be reported to the website administrator Tyler Technologies **Envelope 29805405**. I was unable to find the Reason To Sue Page to specify the purpose for suing. In addition, I was not able to upload the evidence files to support claims in a separate folder. I had to include it with the Motion for Waiver of Court Fees that I would like the Court to consider also with registration as instructed by the Illinois Supreme Court. The party involved is the:

Illinois Inquiry Board
555 W. Monroe St.
Chicago, IL 60661
312-814-5554

Sincerely,

Gardell Yancey
2030 Sycamore Ave
Hanover Park, IL 60133
gyancey2002@yahoo.com

Gardell Yancey

David P. Sterba
*Chair*
Honorable Kent A. Delgado
*Vice Chair*
Megan Applegate
Elaine B. Johnson
Sean Nash
Jonathan S. Quinn
Honorable Amy Sholar
Ruby Smith

**STATE OF ILLINOIS**
**JUDICIAL INQUIRY BOARD**

Michael Deno
*Executive Director &*
*General Counsel*
555 West Monroe Street
Suite 800-N
Chicago, IL 60661
PHONE (312)814-5554
(800)227-9429

FAX (312)814-5719
TTY (866) 451-5724

July 16, 2024

Gardell Delmario Yancy
2030 Sycamore Avenue
Hanover Park, Illinois 60133

Dear Mr. Yancy:

The Judicial Inquiry Board ("Board") has concluded its review of the allegations detailed in your complaint against an Illinois state court judge and has determined to close the matter. The Board's determination to close the complaint is in no way an opinion as to the merits of your court case.

Please note that the Board is prohibited, pursuant to the confidentiality provisions contained in its Constitutional authority and Rules of Procedure, from disclosing specifics regarding its deliberations, findings, or decision concerning any matter.

Regards,

Michael Deno
*Executive Director &*
*General Counsel*

5-10-24

State of Illinois
Judicial Inquiry Board
Complaint
Case: **2023 L 005690**

To whom it may concern, I am notifying the State of Illinois Judicial Inquiry Board about possible discrepancies that may have occurred with Judge Kathy M. Flanagan case **2023 L 005690** regarding the Due Process of Law. For several years, I have experienced questionable activity from judicial, law enforcement, health, religious and various municipalities. Complaints were filed with local, state and government institutions, to where no investigations were done. The parties involved are the Office of the Illinois Governor, Illinois Office of Executive Inspector General, Illinois Attorney General, Illinois State Comptroller, Illinois Department of Human Rights, Illinois Executive Ethics Commission, Chicago Police, Oak Park Police, Hanover Park Police, Streamwood Police, Addison Police and Forest Park Police. This is regarding claims of the Fourteenth Amendment, Writ of Mandamus, Writ of Certiorari, Bill of Attainder, Title IV of the Civil Rights Act of 1964, Official Misconduct, Long-Arm Jurisdiction, Obstruction of Justice, Assault, Illegal Entry, Discrimination and Retaliation. Included with the filing, was an explanation of my concerns with the defendants above in detail that was edited by Judge Flanagan. However what was notated, was evidence of a possible reason to achieve a court date in my opinion. For example on **2-21-18**, an assault was caught on camera at the Hanover Park Library, to where the local Police department was called to the location of the incident that involved a Hate Crime. The officers arrived on the scene, in which a request was made by the Plaintiff for the offender to be charged. Questionable actions occurred by the officers when they elected not to arrest the assailant. This led to Sergeant McDonnell being called on the scene by the Plaintiff, in which he concurred with the officers' decision not to prosecute. The Plaintiff then expressed to the supervising officer that he did not agree with the resolution given and that his rights were not exercised. The video of the event was acquired by the Plaintiff through the Schaumburg Township District Library. Several attempts to contact supervising officers including Chief of Police Mike Menough at the Hanover Park Police Station were unsuccessful to date. Similar instances happened with the Oak Park, Chicago, North Riverside and Forest Park Police Departments in the denial of the Plaintiff's civil rights that displayed a pattern of behavior.

The complaint was then escalated to the Illinois Attorney General's office about the discrepancy that occurred with the Hanover Park Police Department. After reviewing the grievance, the office elected not to investigate the claim stating that the department did not have jurisdiction with the Plaintiff's concern. However in their literature on its' website, stated that the office is responsible for police misconduct. This led the Plaintiff to file a complaint with the Illinois Department of Human Rights regarding civil rights violations. The report was given to an Investigator, in which she did not conduct a formal interview about the concern. The Plaintiff attempted for years to resolve the manner through emails, voice messages and personal appearances, in which he did not get a reply from several members of the agency about the continuation of the case. This displayed another example of a pattern of behavior, in which previous complaints that were filed with the office that are still pending as shown here **18M0611.01, 18M0611.02, 18M0611.03** and **18M0611.04**. In addition with the explanation, is a report to of which the Illinois Department of Human Rights did not file the claim that involved the Hate Crime Assault. Attempts to resolve the discrepancy with the parties for an inquiry consisted of the: Deputy Director Alex Bautista, Intake Unit Department Manager Oscar Montes, Lead Investigator Intake Unit Jacquelyn Turner Hamb and Investigator Maryann Petway, to where emails can be provided that extended to 2-5-20 for evidence upon request. As a result, caused a possible disruption with the Due Process of the Law. This in my opinion would answer any questions of a

Tolling the Limitation violation, because it was resolved by the request of an arrest with the Hanover Park Police of the person involved in the Assault that was not performed. This could also account as Obstruction of Justice and Official Misconduct given that the incident was reported immediately. Also included as a possibly that I would like the court to consider, is the Co-VID 19 crisis that caused a delay with the closing of government and municipal facilities. There were also National Security concerns that were brought to the attention of the court in the letter as well, thank you.

Sincerely,

Gardell Yancey
2030 Sycamore Ave
Hanover Park, IL 60133
gyancey2002@yahoo.com
312-912-7495

Gardell Yancey

FILED
JUN 06 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Complaint (02/24/22) CCL 0063 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, LAW DIVISION

Gardell DelmarO Yancey
Plaintiff(s)

v.

Office of Executive Inspector General for the Agencies of the Illinois Governor
Illinois Attorney General
Defendant(s)

Case No. 23L005690

Contract: ______

Amount Claimed: ______

Return Date: ______

COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required):

I have been denied Due Process of the Law by all parties in question.

The allegations in this complaint are true.

☒ Pro Se 99500

Atty. No.: ______

Atty Name: Gardell Delmaro Yancey

Atty. for (if applicable): ______

Address: 2030 Sycamore Ave.

City: Hanover Park State: IL

Zip: 60133

Telephone: 312-912-7495

Primary Email: gyancey2002@yahoo.com

Dated: 6-6-23

Gardell Yancey
Signature

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Cook COUNTY | CERTIFICATION FOR EXEMPTION FROM E-FILING | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Gardell Delmarn Yancey
Plaintiff / Petitioner (First, middle, last name)

v.

Enter the name of the person being sued as Defendant/Respondent.

Hanover Park Police Department
Oak Park Police Department
Chicago Police Department
Defendant / Respondent (First, middle, last name)
North Riverside Police Department
Forest Park Police Department

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

2023 L 005690
Case Number

In 1, check the reasons you are asking to file by mail, in person, or by other means. You should check all that apply.

1. I am not able to e-file documents in this case for the following reasons (check all that apply):

☐ I am representing myself and do not have the internet or a computer in my home. My only access is through a public terminal at a courthouse, library, or other location. This poses a financial or other hardship.

☐ I am representing myself and have trouble reading, writing, or speaking in English.

☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

☐ I tried to e-file my documents, but I was unable to complete the process because the equipment or assistance I need is not available.

You are exempt from e-filing and you do not need to file this Certification if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; OR
- your disability prevents you from e-filing.

2. Illinois Supreme Court Rule 9(c)(4) allows for an exemption from e-filing for good cause. For the above reasons, I need a good cause exemption from e-filing for my entire case or until I am able to e-file.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

I certify that everything in the *Certification for Exemption from E-filing* is true and correct. I understand that making a false statement on this form is perjury and has penalties by law under 735 ILCS 5/1-109.

After you finish this form, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

| | |
|---|---|
| /s/ Gardell Yancey<br>Your Signature | 2030 Sycamore Ave.<br>Street Address |
| Gardell Delmarn Yancey<br>Print Your Name | Hanover Park, IL. 60133<br>City, State, ZIP |
| 312-912-7495<br>Telephone | gjyancey2002@yahoo.com<br>Email |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW, DIVISION

| | | |
|---|---|---|
| Gardell Yancey, Plaintiff(s) | ) | |
| -v- | ) | NO. 2023-L-005690 Calendar F |
| Hanover Park P.D. et al., Defendant(s) | ) | |

STRIKE/DISMISSAL ORDER

This cause coming before the Court on the Plaintiff(s)' Motion for Supreme Court Rule 298 Waiver of Fees, the Court having granted/denied the Plaintiff's Motion by separate order entered this date, the Court having reviewed the Plaintiff(s)' complaint pursuant to 735 ILCS 5/2-603(a), the Court ORDERS as follows:

☐ The Plaintiff(s)' complaint fails to state factually sufficient cause(s) of action, and it is stricken. The Plaintiff is given leave to file an amended complaint with all factually required elements, no later than __________, with a copy delivered to Room 2005, Daley Center, no later than __________. Failure to submit an amended complaint will result in the case being dismissed for want of prosecution.

☒ The Plaintiffs(s)' complaint fails to state a cause of action which is legally recognized under Illinois, and no amendment or additional facts can ever be stated to grant the Plaintiff(s) the relief requested. The Plaintiff(s)' complaint is dismissed with prejudice, with no leave to amend, and is final and appealable.

☐ The Plaintiff(s)' complaint requests relief against parties who cannot be sued in Illinois state courts, including, but not limited to United States government agencies, departments and/or officials, Illinois state government agencies, departments, and/or officials. The Plaintiff(s) complaint is dismissed as to these parties with prejudice, with no leave to amend, and is final and appealable.

☐ All further proceedings shall be before the assigned judge on the assigned calendar.

ENTER: [signature]
Judge No.

ENTER
JUN 28 2023
KATHY M. FLANAGAN #267

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Gardell Delmaro Yancey

Hanover Park Police Department
Oak Park Police Department
Chicago Police Department
North Riverside Police Department
Forest Park Police Department

No. 2023 L 005696

CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☒ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**

CASE TYPES:

- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☒ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**

CASE TYPES:

- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**

CASE TYPES:

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action (Please specify below**)
- ☐ 075 Other Commercial Litigation (Please specify below**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**

CASE TYPES:

- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** Official Misconduct

By: Gardell Delmaro Yancey
(Attorney) (Pro Se)

Primary Email: gyancey2002@yahoo.com
Secondary Email: gardellyancey@outlook.com
Tertiary Email:

Pro Se Only: ☒ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice from the Clerk's Office for this case at this email address:

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Complaint** (02/14/22) CCL 0063 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, LAW DIVISION

Gardell Delmaro Yancey
Plaintiff(s)

Hanover Park Police Department
Oak Park Police Department
Chicago Police Department
North Riverside Police Department
Forest Park Police Department
Defendant(s)

Case No. 2023 L 005690
Contract:
Amount Claimed:
Return Date:

COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required):

Attachment letter

The allegations in this complaint are true.

O Atty. No.: ______ ☒ Pro Se 99500

Atty Name: ______

Atty. for (if applicable): ______

Address: ______

City: ______ State: ______

Zip: ______

Telephone: ______

Primary Email: ______

Dated: 6-28-23

Gardell Yancey
Signature

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Gardell Delmaro Yancey
Plaintiff(s)

-v-

Office of Exec. Inspector General for IL Attorney General, et al.,
Defendant(s)

NO: 2023 L 005690
Calendar F

## STRIKE/DISMISSAL ORDER

This cause coming before the Court on the Plaintiff(s)' Motion for Supreme Court Rule 298 Waiver of Fees, the Court having granted/denied the Plaintiff's Motion by separate order entered this date, the Court having reviewed the Plaintiff(s)' complaint pursuant to 735 ILCS 5/2-603(a), the Court ORDERS as follows:

As to other potential Defendants or those listed in "list of involved parties"

☑ The Plaintiff(s)' complaint fails to state factually sufficient cause(s) of action, and it is stricken. The Plaintiff is given leave to file an amended complaint with all factually required elements, no later than 07/06/23, with a copy delivered to Room 2005, Daley Center, no later than 07/06/23. Failure to submit an amended complaint will result in the case being dismissed for want of prosecution.

☐ The Plaintiffs(s)' complaint fails to state a cause of action which is legally recognized under Illinois, and no amendment or additional facts can ever be stated to grant the Plaintiff(s) the relief requested. The Plaintiff(s)' complaint is dismissed with prejudice, with no leave to amend, and is final and appealable.

As to all IL Attorney General entities listed as Defendants

☑ The Plaintiff(s)' complaint requests relief against parties who cannot be sued in Illinois state courts, including, but not limited to United States government agencies, departments and/or officials, Illinois state government agencies, departments, and/or officials. The Plaintiff(s) complaint is dismissed as to these parties with prejudice, with no leave to amend, and is final and appealable.

☐ All further proceedings shall be before the assigned judge on the assigned calendar.

ENTER:
[signature] 1505
Judge No.

ENTERED
Presiding Judge James P Flannery-1505
JUN 06 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

Gardell Delmarco Yancey

v.

Office of the Executive Inspector General For the Illinois Attorney General
Illinois Department of Human Rights
State of Illinois Executive Ethics Commission

No. 23L006090

FILED
JUN 06 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

(FILE STAMP)

**CIVIL ACTION COVER SHEET - CASE INITIATION**

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☐ No

**PERSONAL INJURY/WRONGFUL DEATH**

CASE TYPES:

- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**

CASE TYPES:

- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

**COMMERCIAL LITIGATION**

CASE TYPES:

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action (Please specify below**)
- ☐ 075 Other Commercial Litigation (Please specify below**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**

CASE TYPES:

- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☒ 100 Petition for Discovery

** Due Process of the Law

Primary Email: gyancey2002@yahoo.com

Secondary Email:

Tertiary Email:

By: Gardell Delmarco Yancey
(Attorney) / (Pro Se)

Pro Se Only: ☒ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: gyancey2002@yahoo.com

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**
**AMENDMENT**

| | | |
|---|---|---|
| Gardell Delmaro Yancey | ) | |
| **Plaintiff(s)** | ) | |
| -v- | ) | NO: 2023 L 005690 |
| Hanover Park Police Department<br>Oak Park Police Department<br>Chicago Police Department<br>North Riverside Police Department<br>Forest Park Police Department | ) | |
| **Defendant(s)** | ) | |

details?

**COUNT 1 – Official Misconduct**

1. On 2-21-18, an assault/hate crime occurred with the victim that was captured on camera by the Hanover Park Library.

2. The Hanover Park Police Department was called on the scene, to where the plaintiff requested that the offender be arrested.

3. Questionable actions occurred with the officers who elected not to arrest the assailant.

4. This led to Sergeant McDonnell being called on the scene, in which he concurred with the officers' decision not to prosecute.

5. The Plaintiff then expressed to the supervising officer that he did not agree with the resolution given and that further action may be taken at a later date.

6. The offender was not questioned during the whole incident.

7. Attempts were made to contact supervisory officers including the Chief of Police about the occurrence were unsuccessful to date.

8. The incident was reported to the Illinois Attorney General, Illinois Department of Human Rights, Office of the Executive Inspector General for the Illinois Attorney General, Office of Executive Inspector General for the Agencies of the Illinois Governor and the Federal Bureau of Investigation as a Hate Crime.

Un. date/details? What exactly happened?

**COUNT 2 – Official Misconduct**

Separate incident, but is this count against Hanover Park P.D.?

9. A second assault by the same person in question happened again at the Hanover Park Library, in which the assailant left the building during the incident.

10. The Plaintiff immediately notified staff, who witnessed the event that a request for a video of the assault was needed for evidence.

11. It was said by staff that the IT department would only release the video upon the Hanover Park Police Department's request for the Plaintiff within a 21-day time period of the incident or it will be erased from the system.

12. The next following day of the occurrence, the Plaintiff talked to officer Pulp at the Hanover Park Police station about requesting a video from the Hanover Park Library for a possible arrest.

13. Officer Pulp stated that the department will not pursue any evidence of the incident and refused to comment further about the situation.

14. A complaint was filed with the police department regarding the manner that is pending to date.

15. The occurrences were reported to the Illinois Attorney General, Illinois Department of Human Rights, Office of the Executive Inspector General for the Illinois Attorney General, Office of Executive Inspector General for the Agencies of the Illinois Governor and the Federal Bureau of Investigation as a Hate Crime.

**COUNT 3 – Official Misconduct**

16. On 6-14-23, A Freedom of Information Request was filed for the copy of a complaint assault by a Sergeant of the Hanover Park Police Department.

17. Files were sent to the Plaintiff on the same day of the filing via email that was not as described in the request.

18. On 6-19-23, the Plaintiff contacted Michelle Kurtz of the Records department regarding the discrepancy with the FOIA request.

19. The Plaintiff reiterated the information given in the request to Michelle about the correct complaint to be sent via email.

20. Michelle then stated that the records department did not have the complaint on file as described.

21. The Plaintiff is challenging the existence of the complaint for possible Obstruction of Justice/Official Misconduct.

separate incident from Count 1; suing different Defendants

**COUNT 4 – Official Misconduct**

22. On 11-19-15, the Plaintiff was involved in a car accident as a pedestrian in Forest Park, Illinois.

23. The Forest Park Police was called to the scene, to where the driver was found at fault.

24. The Plaintiff was rushed to the hospital from the scene due to injuries that occurred in the accident.

25. No court date was given to the Plaintiff regarding the accident.

26. The Plaintiff went to the Police station and questioned a Sergeant about the occurrence, to where it was said that the driver was put in a diversionary program that didn't require any court for both parties.

27. The Plaintiff was not given any proof of the program to date.

same day, different location?

**COUNT 5 – Official Misconduct**

28. On 11-19-15, the Plaintiff was involved in a car accident as a pedestrian in North Riverside, Illinois.

29. The accident was a hit and run, in which the Plaintiff was able to capture the vehicle's license plate number.

30. The North Riverside Police Department was called on the scene.

31. The Plaintiff then gave the number of the license plate, make of the car and description of the person who was driving to the officers.

32. The First officer gave the information to the Second officer, while he interviewed the Plaintiff.

33. The First officer was told by the Plaintiff that the left elbow was struck in the accident, to where he asked if I could move it and the answer was barely.

34. The officer then instructed the Plaintiff to hold his arm in the air for inspection, in which bruising was found around the elbow area.

35. The First Officer concluded that the elbow was not broken.

34. The Second officer on the scene who checked the license plate number found a perfect match to the description that was given.

35. The Plaintiff was told that the vehicle in question had a Chicago address, in which the local police department had to inquiry further into the incident because of jurisdiction.

36. Some time had passed, to where the Plaintiff visited the police station inquiring about the accident.

37. The Plaintiff was told by an officer that the Chicago Police Department has not yet done an investigation on the incident and that the Plaintiff will be notified when it happens.

38. Some time had passed again without contact, to where the Plaintiff had to visit the police station questioning about the accident.

39. The front desk stated that the report was ready with a fee.

40. The Plaintiff thought that it should have been free, given that it was the first report with the department, but he paid the cost reluctantly.

41. The Plaintiff read the report immediately and noticed that the owner of the car's information was not put in the proper place as Unit 1.

42. The owner's information was placed in the "narrative" section of the report instead.

43. The owner of the car was also not ticketed for the hit and run.

44. The Plaintiff then asked for a supervising officer about the occurrence, to where the Chief of Police came to the front desk window.

45. The Chief concurred with the officers' decision and said that the department would not take any further actions regarding the investigation.

**<u>COUNT 6 – Official Misconduct</u>**

46. The Chicago Police Department's part of the accident that happened on 11-19-15 in North Riverside, Illinois.

47. The North Riverside Police Department officers were able to identify the owner of the vehicle from the description of the license plate that was given by the Plaintiff in the incident. ·

48. The owner's information registered in Chicago, in which the local police department was in charge of interviewing the operator of the vehicle.

49. The interviewing officers of the Chicago Police Department were unable to identify the operator of the vehicle with the description given by the Plaintiff in the accident.

50. The Officers elected not to issue any tickets to the owner, after notifying her that the vehicle was in an accident, in which she would be held liable.

51. The Plaintiff is faulting the Chicago Police Department for negligence of duty in its handling of the investigation.

**<u>COUNT 7 – Official Misconduct</u>**

52. On 11-14-14 I walking through the Oak Park Village parking lot, when I observed two police officers having a conversation as the Plaintiff approached the area to cross.

53. The Plaintiff observed one of the officers leaving the vehicle walking back towards the police station.

54. The other officer then entered into the vehicle and started backing up (MP8684, Car 234), while the Plaintiff was crossing the car walking.

55. The Plaintiff immediately started hitting on the back of the trunk yelling "hey" as the officer moved about 6 feet in the direction of the victim before stopping.

56. The Plaintiff notified the officer at a distance that he was almost ran over by his car.

57. The incident officer did not give a response to my statement.

58. The officer that was walking toward the police station however approached me and had a conversation about what had occurred.

59. Both officers did not take any action on resolving the incident with a report.

60. The Plaintiff then walked to the police station's front desk and spoke to Sergeant Curtain #409.

61. He was informed that an incident just occurred in the Village parking lot, to where the officers may still be present.

62. The Sergeant only gave me a complaint form to fill out and took no further action regarding the event.

63. There is a camera that is monitoring the parking lot that could have provided evidence for my claims, but was never reviewed.

63. The Plaintiff started walking from the station after the event, to his car several blocks away.

64. The Plaintiff noticed that the Oak Park police was monitoring the vehicle outside of their jurisdiction on Corcoran past Austin Street in Chicago.

65. The Plaintiff then approached the squad car and talked to Officer Lambert #409 about the interest in the car that the he owned.

66. The officer then put his car into reverse to flee the scene without a response.

67. The Plaintiff then walked back to the police station and reported that incident to Officer Lambert.

68. The Sergeant suggested that he add it to the complaint and made no further statements.

69. No formal investigation was done in the manner by the Police department.

70. The incidents were reported to the Illinois Attorney General.

**COUNT 8 – Official Misconduct** different incident, against Oak Park P.D., different Ds

71. On 12-8-14, the Plaintiff was harassed and physically assaulted by Officer Marchese of the Oak Park Police Department.

72. The officer was first noticed driving by the Plaintiff at the intersection of Humphrey and South St in Oak Park Illinois.

73. Then the officer reappeared at Mayfield and Lake St., to where the Plaintiff was stopped outside of their jurisdiction in Chicago, Illinois.

74. The Plaintiff asked Officer Marchese about the reason of for the Pedestrian Stop, to where he explained that the station received a complaint about two people with a gas can asking residents for cash or assistance to help them.

75. The Plaintiff explained that he was not involved in such actions and can prove where he was at during the alleged time.

76. The Plaintiff also explained that he was just one person and without a gas can in his presence.

77. Marchese then asked to see the Plaintiff's identification, to where he explained that the officer did not have a probable cause for the request.

78. During the conversation another squad car appeared, to where the officers concurred with Marchese in the request for my identification.

79. The Plaintiff then requested that a supervising officer be present on the scene, to where Sergeant Thomas appeared minutes later.

80. The Sergeant agreed with the officers' decision to check the Plaintiff's identification and said that "I was obstructing a police investigation."

81. The Plaintiff told Officer Thomas that it would be a reason for obstruction, if only the stop was valid.

82. The Sergeant then said that if the Plaintiff did not produce identification that he would be arrested.

83. That is when all the officers on the scene begin walking toward the Plaintiff from multiple directions for an arrest.

84. To avoid any confrontation, the Plaintiff gave Sergeant Thomas the identification, who then gave it to Officer Marchese for verification by dispatch.

85. Shortly after, the Plaintiff name cleared the system and was released.

86. The Plaintiff then attempted to identify the officers by viewing their badges, to where Officer Marchese pushed the Plaintiff in the chest backwards.

87. All the officers on the scene including the Sergeant witnessed that occurring, but did not take any action toward the offense.

88. This is the second incident with Marchese, to where he used physical force in a pedestrian stop with the Plaintiff.

89. The occurrence that happened on 12-8-14 and was reported in the complaint.

90. The investigation is still pending to date.

**Request for Relief**

WHERFORE, Plaintiff demand the following relief on behalf of themselves ~~and all others similarly situated:~~

? A. That an Order be entered certifying this action as a Plaintiff Pro Se filing in an action brought under Federal Rule of Civil Procedure 6;

**Restitution**

A. The Plaintiff is seeking Punitive Damages as a result of Official Misconduct from all parties that are found liable.

How much?

Gardell Yancey

# Oak Park Police Department

## CITIZEN COMPLAINT SWORN AFFIDAVIT

It is the policy of the Oak Park Police Department to thoroughly investigate all complaints against members of the Department. Illinois law requires that anyone filing a complaint against a sworn peace officer must have the complaint supported by a sworn affidavit. If the results of the investigation reveal that you knowingly provided false information regarding the complaint, you may be subject to prosecution as provided by Illinois law.

Complainant: Gardell D. Yancey Sex: M Race: ______

Address: 2030 Sycamore Av Home Phone: 630-483-8342

Hanover Park, IL 60133 Bus. Phone: ______

I, Gardell D. Yancey, wish to report the following:

On Dec 8, 2014 (Date) at 11:16 pm (Time) at Lake and Mayfield (Chicago) (Location)

By affixing my signature to this document, I do hereby swear and affirm that the information contained in this complaint is true and correct to the best of my knowledge.

[signature]
Signature of complainant

Person witnessing/receiving complaint: ______

Complaint Intake Number: ______ Date/Time of Receipt: ______

# Oak Park Police Department

## CITIZEN COMPLAINT SWORN AFFIDAVIT

On 12-8-14 at approximately 11:16pm, I observed a police car parked at the 102 S. Taylor apartment complex, while I was crossing South St going nothbound on Humphrey. As I entered the viaduct, the same squad car crossed Humphrey going eastbound on South St behind me (about 100ft from me). The police car did not stop me at the time. As I crossed Austin on Lake St going eastbound, the squad car reappeared and stopped me on the Chicago side near Mayfield St. That's when I identified officer Marchese exiting his vehicle, in which I asked him the purpose of the stop. He explained that the station recieved a call about "two people with a gas can going to people's residences asking for money or assistance." I explained that I wasn't involved in any such actions and that I can prove where I was at during the alleged time. He then asked to see my ID, where I explained that he didn't have probable cause (given that I'm only "one" person without a "gas can"). During our conversation another Oak Park police car drove up, where two officers exited the vehicle. The (unidentified) officers sided with officer Marchese and proceeded to ask for ID also.

I then requested for a Sgt. to be present on the scene, where Sgt. Thomas appeared shortly after. I've explained to officer Thomas that he didn't provide proof of the complaint nor did I match the description explained by officer Marchese. After asking multiple times for the cause, Sgt. Thomas explained that "I was obstructing a police investigation." I then told officer Thomas that would be a reason only if the stop was valid. He then told me that if I did not produce an ID, that I would be arrested. That's when all the officers on the scene begin walking toward me from multiple directions. To avoid any confrontation, I gave officer Thomas my ID, where he gave it to officer Marchese to be checked by dispatch. Shortly after, my name cleared the system and I was released.

[signature]
Signature of complainant

Complaint Intake Number ____________

Page _____ of _____

# Oak Park Police Department

## CITIZEN COMPLAINT SWORN AFFIDAVIT

This is the second incident I've had with officer Marchese, where he used physical contact. Pushing me when I attempted to identify the officers who were at the scene. The previous time, I was walking down Pleasant St going eastbound passed Taylor St, where he exited his vehicle grabbed and shoved me onto his squad car using a similar reason in this complaint. That the station recieved a call where a person was seen trespassing on private property and that I was the first ~~person~~ observed in the area. After I was released, I immediately went to the police station, where I explained to Sgt. Ryne or Rye how officer Marchese handled the situation. Sgt. Ryne/Rye explained that he would talk to officer Marchese about what happened to avoid any complaints in the future. No official report was filed.

I've also spoken with Sgt. Thomas on 11-25-14 regarding the previous complaint filed on 11-14-14. I expressed concerns on the way he handled the complaint, because he interrupted numerous times during my explaination on what had occured that night. Instead he only defended the officer's actions that were in question; I then expressed that I would like to have a Commander oversee the process going forward, I believed that my previous experiences with both officers effected the way they handled the stop. I'm requesting to see proof of the call made by the Oak Park resident at approximately 11:00pm on 12-8-14

Signature of complainant

Complaint Intake Number ____________

Page _____ of _____

# Oak Park Police Department

## CITIZEN COMPLAINT SWORN AFFIDAVIT

It is the policy of the Oak Park Police Department to thoroughly investigate all complaints against members of the Department. Illinois law requires that anyone filing a complaint against a sworn peace officer must have the complaint supported by a sworn affidavit. If the results of the investigation reveal that you knowingly provided false information regarding the complaint, you may be subject to prosecution as provided by Illinois law.

Complainant: Gardell D. Yancey Sex: M Race: African-American

Address: 2030 Sycamore Av Home Phone: 630-483-8342

Hanover Park, IL 60133 Bus. Phone: ______

I, Gardell D. Yancey, wish to report the following:

On 11-14-14 (Date) at 10:52 pm (Time) at Lombard and Madison (Location),

At 123 Madison St. Village Parking Lot, I was almost ran over by an Oak Park Police car (MP8684 Car:234) at 10:52 pm on 11-14-14.

By affixing my signature to this document, I do hereby swear and affirm that the information contained in this complaint is true and correct to the best of my knowledge.

Gardell Yancey
Signature of Complainant

Person witnessing/receiving complaint: ______

Complaint Intake Number: ______ Date/Time of Receipt: ______

# Oak Park Police Department

## CITIZEN COMPLAINT SWORN AFFIDAVIT

On 11-14-14 at 10:52pm., I (Gardell D. Yancey) was walking northeast bound, through the Oak Park Village parking lot, where I observed two police officers having a conversation. As I was approaching the vehicle, one officer begin walking toward the police station, the other entered into his squad car. The officer in the car begin backing up (MP 8684 Car 234) as I was crossing the vehicle. I immediately started yelling while hitting the truck of the car to get his attention, which traveled about 5 feet before stopping. I went to the passenger side of the car to notify the officer that he almost ran me over. That's when the other officer who was walking toward the police station approached me, where we had a conversation about what had just occurred. Both officers' responses were unsatisfactory, which led me to report the incident to the Sergeant on duty. I explained to Sgt. J. Curtain #119, what had happened, where he gave me a complaint form to file an official report. After the conversation, I left the police station and proceeded to my car that was located in Chicago.

I arrived at my car (15 minutes later) and noticed an Oak Park Police car (MP 8430) out of district at Mason and Corcoran (Chicago) observing my car with his laptop up around 11:10pm. I approached the squad car and asked Officer Lambert #409, were there any probable cause for looking at my car (2000 Buick Century) out of jurisdiction, giving that I wasn't driving it. The officer didn't give me a reason why, so I went into my book bag to write down all his information to be reported. Officer Lambert then placed his car into reverse and drove for a block to leave the scene. I then went back to the Oak Park Police station to report to Sgt. Curtain what had happened. The Sgt. advised me to add it to the report and that no addition action needed to be taken that night. This is now the 3rd and 4th incident I've had with the Oak Park Police Dept. over the past year. No official paper work was reported in the 1st and 2nd occurances, but I did have conversations with the sergeant's on duty.

Gardell D. Yancey

Signature of Complainant

Complaint Intake Number ____________

Page _____ of _____

Case: 1:24-cv-11635 Document #: 3 Filed: 12/17/24 Page 34 of 100 PageID #:39

INDEPENDENT POLICE REVIEW AUTHORITY

1615 West Chicago Ave,
4th Floor Chicago,Il,60622
(312) 746-3609
Scott Ando(Acting), Chief Administrator

Reference: Log No. 1061949

GARDELL YANCEY
2030 SYCAMORE
HANOVER PARK, IL 60133

Dear Gardell Yancey,

The Independent Police Review Authority (IPRA) has completed the investigation into your complaint and forwarded its recommendation to the Chicago Police Department. The completed IPRA investigation and recommended findings will be subject to a Police Department review and potentially other review processes before the recommended finding becomes final. These review processes may take several months to complete.

You will be informed by letter of the final disposition of your case after the review processes have been finalized. In the meantime, IPRA wanted to thank you for bringing the matter to our attention and for your cooperation.

Very truly yours,

Scott M. Ando

SCOTT ANDO(Acting)
Chief Administrator
Independent Police Review Authority

Gardell Yancey

INDEPENDENT POLICE REVIEW AUTHORITY
1615 West Chicago Avenue, 4th Floor
Chicago, Illinois 60622

60133$3553 C040

IPRA

CL# 1061949

5-3-13

1:45 AM

1:25 AM

12:35 AM

[illegible]

Jackson [illegible]

[illegible]

[illegible] Island

INDEPENDENT POLICE REVIEW AUTHORITY

1615 W. Chicago Avenue
Chicago, IL 60622
(312) 746-3609
**Scott Ando(Acting),** Chief Administrator

October 18, 2013

Reference: Log No. 1061949
Investigator: CHICO, ALICE

GARDELL YANCEY
2030 SYCAMORE
HANOVER PARK, IL 60133

Dear Gardell Yancey:

The Independent Police Review Authority has conducted and completed a thorough investigation into the allegations of misconduct by the Chicago Police Department that you reported.

All of the available evidence has been evaluated, and it has been determined that this Complaint Log Number is **UNFOUNDED**. A finding of unfounded means the evidence indicates that this Incident did not occur as you alleged in your complaint. If you have any questions, please telephone the above referenced Investigator.

We appreciate your bringing this matter to our attention and your cooperation with this investigation.

Sincerely,

SCOTT ANDO(Acting)
Chief Administrator
Independent Police Review Authority

**INDEPENDENT POLICE REVIEW AUTHORITY**

1615 West Chicago Ave,
4th Floor Chicago,Il,60622
(312) 746-3609
Scott M. Ando, Chief Administrator

Reference: Log No. 1062037

GARDELL YANCEY
2030 SYCAMORE AVE
HANDOVER PARK, IL 60133

Dear Gardell Yancey,

The Independent Police Review Authority (IPRA) has completed the investigation into your complaint and forwarded its recommendation to the Chicago Police Department. The completed IPRA investigation and recommended findings will be subject to a Police Department review and potentially other review processes before the recommended finding becomes final. These review processes may take several months to complete.

You will be informed by letter of the final disposition of your case after the review processes have been finalized. In the meantime, IPRA wanted to thank you for bringing the matter to our attention and for your cooperation.

Very truly yours,

Scott M. Ando

Scott M. Ando
Chief Administrator
Independent Police Review Authority

Gardell Yancey

INDEPENDENT POLICE REVIEW AUTHORITY
1615 West Chicago Avenue, 4th Floor
Chicago, Illinois 60622

GARDELL YANCEY
2030 SYCAMORE AVE
HANDOVER PARK, IL 60133

601338553 C040

INDEPENDENT POLICE REVIEW AUTHORITY

1615 W. Chicago Avenue
Chicago, IL 60622
(312) 746-3609
**Scott M. Ando,** Chief Administrator

April 15, 2014

Reference: Log No.1062037
Investigator: CHICO, ALICE

GARDELL YANCEY
2030 SYCAMORE AVE
HANDOVER PARK, IL 60133

Dear Gardell Yancey:

The Independent Police Review Authority has conducted and completed a thorough investigation into the allegations of misconduct by the Chicago Police Department that you reported.

All of the available evidence has been evaluated, and it has been determined that the evidence was not sufficient to either prove or disprove the allegations made. The Complaint Log Number is therefore classified as **Not Sustained.** It is not a finding of guilt or innocence on the part of anyone involved in the incident. If you have any questions, please telephone the above referenced Investigator.

We appreciate your bringing this matter to our attention and your cooperation with the investigation. Even when a complaint is not sustained, I.P.R.A. and the Chicago Police Department gain valuable insights from the complaint that improve both agencies.

Sincerely,

Scott M. Ando
Chief Administrator
Independent Police Review Authority

Gardell Yancey

INDEPENDENT POLICE REVIEW AUTHORITY
1615 West Chicago Avenue, 4th Floor
Chicago, Illinois 60622

Re
Inv

GARDELL YANCEY
2030 SYCAMORE AVE
HANDOVER PARK, IL 60133

E01333553 C040

INDEPENDENT POLICE REVIEW AUTHORITY
1615 W. Chicago Avenue
Chicago, IL 60622
(312) 746-3609
Scott M. Ando, Chief Administrator

July 15, 2014
Reference: Log No.1070334

GARDELL YANCEY
2013 SYCAMORE AVE
HANOVER PARK, IL 60133

Dear Gardell Yancey,

The Independent Police Review Authority ("IPRA") received your information on 14-JUL-2014, and gave it Log Number 1070334. It has been forwarded to the Internal Affairs Division of the Chicago Police Department.

IPRA intakes and registers all complaints against Chicago Police Department members. By ordinance, IPRA investigates only specific categories of complaints. All other complaints are forwarded to the Internal Affairs Division.

For additional information on the status of your complaint, you may contact the Internal Affairs Division at (312) 745-6310.

Sincerely,

Scott M. Ando
Chief Administrator
Independent Police Review Authority

July 23, 2014

Commander Robert Kilmas

Chicago Police Department

Bureau of Internal Affairs

File # **1070334**

On July 14, 2014, I was pulled over by officers Ritchie and the other unknown at approximately 3:00 am. I asked the unknown officer the reason why I was stopped. He explained that I was driving left-to-center, which was unlikely given that I was in the right lane going eastbound on North Ave before the intersection of Laramie. I gave the officer my identification and asked that a Sergeant be present during this stop, which Sgt. Murphy arrived 3 minutes later. I explained to officer Murphy their reason for pulling me over and that it was inaccurate with what actually happened. Murphy quickly sided with the officers, while the officers ran my registration. After everything checked back ok, I was not issued any tickets and let go.

Since March of 2012, I have been receiving constant harassment from the police and people who are associated with them. I filed four reports with IPRA, in which 3 were escalated to Internal Affairs, log numbers **1062037**, **1061586**, and **1070334**. In the reports, I was physically abused (pushed and shoved) in one, placed in a Full-Nelson headlock in another, and illegally pulled over twice. That's just with the Chicago Police Department. I have incidents that happened in Berwyn, North Riverside, Oak Park, River Forest, Northlake, Maywood, Cook County Sheriff and even Cook County Forest Preserve Police. I'm constantly followed by people in cars and foot everywhere I go (restaurants, malls, libraries, etc) taking pictures/video of my actions. I even have helicopters that follow me in the morning on occasions. I know that it is the police and associates, because some were seen wearing various police association clothes. The last filing seem to correlate with an incident in Oak Park , where I filed an assault

708 358-5537
Det. Michael
Maltzyske

Laramie & North
Murphy Sgt,

M
P 10 630

Ritchie

M
P 7956 Sgt Murphy

7-13-14

Sgt Dinoch

312 746 8605

Independent Police Review Authority
1615 W. Chicago Avenue, 4th Floor
Chicago, IL 60622

GARDELL YANCEY
2013 SYCAMORE AVE
HANOVER PARK, IL 60133

60133$3553 C040

Rahm Emanuel
Mayor

Department of Police • City of Chicago
3510 South Michigan Avenue • Chicago, Illinois 60653

Garry F. McCarthy
Superintendent of Police

July 25, 2014

Gardell Yancey
2030 Sycamore Ave
Hanover Park, IL 60133-3553

Dear Mr. Yancey:

Please be advised that I have reviewed both the investigation and the additional information you provided and determined the investigation will remain closed.

Sincerely,

Robert Klimas
Commander/Director of Investigations
Bureau of Internal Affairs

RK/rp

# Summons

Hanover Park Police Department
2011 W. Lake St.
Hanover Park, IL 60133
630-823-5500

Chicago Police Department
3510 S. Michigan Ave
Chicago, IL 60653
312-746-6000

Oak Park Police Department
123 Madison St.
Oak Park, IL 60302
708-386-3800

North Riverside Police Department
2359 Des Plaines Ave
North Riverside, IL 60546
708-447-9191

Forest Park Police Department
517 Des Plaines Ave
Forest Park, IL 60130
708-366-2323

Addison Police Department
3 Friendship Plaza
Addison, IL 60101
630-543-3080

Elmhurst Police Department
125 E. 1st St.
Elmhurst, IL 60126
630-530-3050

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING PLUS Upgrade Now

Archive × Search in archive... Advanced Home

Compose ← Back Restore to Inbox Move Delete Spam

Inbox 345
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
^ Less

Views Show

Folders Show

**Efilingmail Tylertech No-reply**

Filing Returned for Envelope Number: 29805405 in Case: 29805405, for filing Motion - Miscellaneous - Application for Waiver of Court Fees

Yahoo/Archive

**no-reply@efilingmail.tylertech.cloud**
From: no-reply@efilingmail.tylertech.cloud
To: gyancey2002@yahoo.com

Thu, Oct 17 at 10:01 AM

ODYSSEY eFileIL

# Filing Returned

Envelope Number: 29805405
Case Number: 29805405
Case Style:

The filing below has been reviewed and has been returned for the reasons outlined below. Please, contact the appropriate court help center for further information.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Court | File & Serve |
| Returned Reason | Rejection by Clerk. |
| Returned Comments | Correspondence addressed to the Illinois Supreme Court must be placed in the U.S. Mail. |

| Document Details | |
|---|---|
| Case Number | 29805405 |
| Case Style | |
| Date/Time Submitted | 10/16/2024 2:37 PM CST |



Skip to Main Content

- Translate
- Feedback
- Email Updates

Search...

- Courts
  - Supreme Court
    - Meet the Justices
    - Docket & Briefs
    - Orders and Announcements
    - Oral Argument Audio and Video
    - Anticipated Filing Dates and Opinions List
    - Petition for Leave to Appeal Dispositions
    - Committees and Commissions
    - Rules Committee Public Hearings
    - Attorney Licensure
    - Certificate of Registration (Rule 721)
    - Staff and Contact Information
    - Supreme Court Library
    - Supreme Court Courtroom and Resources
  - Appellate Court
    - Meet the Justices
    - First District
    - Second District
    - Third District
    - Fourth District
    - Fifth District
    - Workers' Compensation
    - Oral Arguments Calendars
    - Oral Argument Audio
    - Meet the Appellate Court Clerks
    - Appellate Court Local Rules
    - Appellate Court Districts and Resources
  - Circuit Court
    - Chief Judges and Administrative Staff
    - Circuit Court Clerks
    - Jury Information
    - Judicial Directory
    - Plead and Pay Traffic / Conservation Tickets (e-Guilty)
    - Illinois Circuit Court Statistical Reports
    - Manual on Recordkeeping
    - Circuit Courts and Resources
  - Additional Resources
    - Judicial Events
    - Remote Proceedings
    - High-Profile Cases
    - Employment Opportunities

- Communications Division
- Courts, Children and Families Division
- Court Services Division
- Human Resources Division
- Judicial College Division
- Judicial Management Information Services Division (IT)
- Office of Statewide Pretrial Services
- Probation Services Division
- Contact

- Self Help
- What's New

Contact

- **Public** Find information helpful to the public
- **Judges** Find information helpful to judges
- **Lawyers** Find information helpful to lawyers
- **Media** Media links

- AOIC



- Probation Eligible Employment Application
- Procurement Opportunities
- Holidays & Closings
- COVID-19 Resources
- Judicial Directory
- Judicial Branch Policies & Standards
- Illinois Judicial Conference
- Office of Statewide Pretrial Services
- Pretrial Data and Opinions

- Opinions
- Rules / Law
  - Supreme Court Rules
  - Illinois Rules of Professional Conduct of 2010
  - Illinois Code of Judicial Conduct of 2023
  - Illinois Rules of Evidence
  - Appellate Court Local Rules
  - IPI Jury Instructions
  - Illinois Compiled Statutes
  - Administrative Code (JCAR)
  - Rules of Procedure (IBAB)
  - Illinois Constitution
  - U.S. Constitution
- Services
  - Illinois e-Court Initiatives
  - re:SearchIL (Statewide Document Repository)
  - eFileIL (Statewide e-filing)
  - Certificate of Registration (Rule 721)
  - Volunteer Pro Bono Program for Criminal Appeals
  - Court Improvement Program (CIP)
  - Probation and Pretrial Practices
  - Statement of Economic Interest Forms
  - Attorney Licensure
  - Bar Admission Ceremonies
  - Supreme Court Library
- Forms
  - Approved Statewide Forms
  - Uniform Mental Health Orders
  - Probation Reimbursement Invoice Voucher
  - Annual Certification of Private Insurance Coverage
  - Probation Eligible Employment Application
  - Judicial Speakers Bureau Request Form
  - State C-10 Travel Voucher Form
  - Judicial Branch Application for Employment
  - Uniform Citation Forms
  - Court Forms Hub
  - Emergency Closing Policy and Procedures
  - Representation by Law Students / Graduates (Rule 711)
  - Judicial Request for Removal of Personal Information
  - Firearms Restraining Order Forms
  - Sentencing Judgement Order to IDOC Form
- Reports
  - Annual Report of the Illinois Courts
  - Circuit Civil, Criminal and Traffic Assessment Reports
  - Illinois Judicial Branch Strategic Agenda

- Services
  - Illinois e-Court Initiatives
  - re:SearchIL (Statewide Document Repository)
  - eFileIL (Statewide e-filing)
  - Certificate of Registration (Rule 721)
  - Volunteer Pro Bono Program for Criminal Appeals
  - Court Improvement Program (CIP)
  - Probation and Pretrial Practices
  - Statement of Economic Interest Forms
  - Attorney Licensure
  - Bar Admission Ceremonies
  - Supreme Court Library
- Forms
  - Approved Statewide Forms
  - Uniform Mental Health Orders
  - Probation Reimbursement Invoice Voucher
  - Annual Certification of Private Insurance Coverage
  - Probation Eligible Employment Application
  - Judicial Speakers Bureau Request Form
  - State C-10 Travel Voucher Form
  - Judicial Branch Application for Employment
  - Uniform Citation Forms
  - Court Forms Hub
  - Emergency Closing Policy and Procedures
  - Representation by Law Students / Graduates (Rule 711)
  - Judicial Request for Removal of Personal Information
  - Firearms Restraining Order Forms
  - Sentencing Judgement Order to IDOC Form
- Reports
  - Annual Report of the Illinois Courts
  - Circuit Civil, Criminal and Traffic Assessment Reports
  - Illinois Judicial Branch Strategic Agenda
  - Annual Reports to the General Assembly
  - Mandatory Arbitration Reports
  - 2016 Statutory Court Fee Task Force Report
  - 2023 Statutory Court Fee Task Force Report
  - Strategic Agenda Operational Plan
  - Results of 2015 Circuit Court User Survey
  - Access to Justice Commission's Strategic Plan
  - Illinois Circuit Court Statistical Reports
  - Mental Health and Justice in Cook County Bond Courts
  - Pretrial Practices Data Oversight Board Preliminary Report
- AOIC
  - Executive Office
  - Access to Justice Division
  - Administrative Services Division
  - Communications Division
  - Courts, Children and Families Division
  - Court Services Division
  - Human Resources Division
  - Judicial College Division
  - Judicial Management Information Services Division (IT)
  - Office of Statewide Pretrial Services
  - Probation Services Division

- Contact
- What's New

- **Public** Find information helpful to the public
- **Judges** Find information helpful to judges
- **Lawyers** Find information helpful to lawyers
- **Media** Media links

- Translate
- Feedback
- Email Updates



menu

help language apps GY

**New Case Filing**

info

4 of 6

Service

Next step: Fees

Service Contacts

Add

You can have the e-filing system email your documents to a service contact after the clerk accepts them. This is called Service.

A service contact is a person involved in the case, like a party or their lawyer. Service through the e-filing system is not official service of process, which is required when you start a new case, for example. Click here to learn how to add a new service contact.

If you chose **eFile and Serve** as your Filing Type on the **Filings** screen, any existing service contacts will automatically be checked to receive Service. If there are no service contacts listed, you must add and check at least one service contact to eFile and Serve. Click here to learn how to skip the **Service** screen.

Supreme Court

Hanover Park Police Department

person 0

No service contacts added. Add a new or existing contact.

Save draft and exit

← Filings Fees →

No service contacts added. Add a new or existing contact.

Supreme Court

Oak Park Police Department

person 0

No service contacts added. Add a new or existing contact.

Supreme Court

North Riverside Police Department

person 0

No service contacts added. Add a new or existing contact.

Supreme Court

Addison Police Department

person 0

No service contacts added. Add a new or existing contact.

Supreme Court

Forest Park Police Department

person 0

No service contacts added. Add a new or existing contact.

Supreme Court

Elmhurst Police Department

person 0

Berwyn Police Department

No service contacts added. Add a new or existing contact.

Supreme Court

Streamwood Police Department

person 0

No service contacts added. Add a new or existing contact.

Other Service Contacts

person 0

No service contacts added. Add a new or existing contact.



Skip to Main Content

- Translate
- Feedback
- Email Updates

-
-
-

Search...

- Courts
  - Supreme Court
    - Meet the Justices
    - Docket & Briefs
    - Orders and Announcements
    - Oral Argument Audio and Video
    - Anticipated Filing Dates and Opinions List
    - Petition for Leave to Appeal Dispositions
    - Committees and Commissions
    - Rules Committee Public Hearings
    - Attorney Licensure
    - Certificate of Registration (Rule 721)
    - Staff and Contact Information
    - Supreme Court Library
    - Supreme Court Courtroom and Resources
  - Appellate Court
    - Meet the Justices
    - First District
    - Second District
    - Third District
    - Fourth District
    - Fifth District
    - Workers' Compensation
    - Oral Arguments Calendars
    - Oral Argument Audio
    - Meet the Appellate Court Clerks
    - Appellate Court Local Rules
    - Appellate Court Districts and Resources
  - Circuit Court
    - Chief Judges and Administrative Staff
    - Circuit Court Clerks
    - Jury Information
    - Judicial Directory
    - Plead and Pay Traffic / Conservation Tickets (e-Guilty)
    - Illinois Circuit Court Statistical Reports
    - Manual on Recordkeeping
    - Circuit Courts and Resources
  - Additional Resources
    - Judicial Events
    - Remote Proceedings
    - High-Profile Cases
    - Employment Opportunities

- Probation Eligible Employment Application
- Procurement Opportunities
- Holidays & Closings
- COVID-19 Resources
- Judicial Directory
- Judicial Branch Policies & Standards
- Illinois Judicial Conference
- Office of Statewide Pretrial Services
- Pretrial Data and Opinions

- Opinions
- Rules / Law
  - Supreme Court Rules
  - Illinois Rules of Professional Conduct of 2010
  - Illinois Code of Judicial Conduct of 2023
  - Illinois Rules of Evidence
  - Appellate Court Local Rules
  - IPI Jury Instructions
  - Illinois Compiled Statutes
  - Administrative Code (JCAR)
  - Rules of Procedure (IBAB)
  - Illinois Constitution
  - U.S. Constitution
- Services
  - Illinois e-Court Initiatives
  - re:SearchIL (Statewide Document Repository)
  - eFileIL (Statewide e-filing)
  - Certificate of Registration (Rule 721)
  - Volunteer Pro Bono Program for Criminal Appeals
  - Court Improvement Program (CIP)
  - Probation and Pretrial Practices
  - Statement of Economic Interest Forms
  - Attorney Licensure
  - Bar Admission Ceremonies
  - Supreme Court Library
- Forms
  - Approved Statewide Forms
  - Uniform Mental Health Orders
  - Probation Reimbursement Invoice Voucher
  - Annual Certification of Private Insurance Coverage
  - Probation Eligible Employment Application
  - Judicial Speakers Bureau Request Form
  - State C-10 Travel Voucher Form
  - Judicial Branch Application for Employment
  - Uniform Citation Forms
  - Court Forms Hub
  - Emergency Closing Policy and Procedures
  - Representation by Law Students / Graduates (Rule 711)
  - Judicial Request for Removal of Personal Information
  - Firearms Restraining Order Forms
  - Sentencing Judgement Order to IDOC Form
- Reports
  - Annual Report of the Illinois Courts
  - Circuit Civil, Criminal and Traffic Assessment Reports
  - Illinois Judicial Branch Strategic Agenda

- Annual Reports to the General Assembly
- Mandatory Arbitration Reports
- 2016 Statutory Court Fee Task Force Report
- 2023 Statutory Court Fee Task Force Report
- Strategic Agenda Operational Plan
- Results of 2015 Circuit Court User Survey
- Access to Justice Commission's Strategic Plan
- Illinois Circuit Court Statistical Reports
- Mental Health and Justice in Cook County Bond Courts
- Pretrial Practices Data Oversight Board Preliminary Report

- AOIC
  - Executive Office
  - Access to Justice Division
  - Administrative Services Division
  - Communications Division
  - Courts, Children and Families Division
  - Court Services Division
  - Human Resources Division
  - Judicial College Division
  - Judicial Management Information Services Division (IT)
  - Office of Statewide Pretrial Services
  - Probation Services Division
  - Contact
- Self Help
- What's New

How to e-File

- **Public** Find information helpful to the public
- **Judges** Find information helpful to judges
- **Lawyers** Find information helpful to lawyers
- **Media** Media links

- Self Help
- How to e-File

# How to Successfully e-file in Odyssey eFileIL

There are two versions of Odyssey eFileIL. There are resources for both. Scroll down to find the resources that match the version you are using

**OPTION 1**: Below are resources for the Odyssey eFileIL site available at: https://efileil.tylertech.cloud.

**This version of eFileIL is ADA accessible.**



Option 1 sign in page

| Step-by-step written guides | Guías en Español |
| --- | --- |
| Step-by-step written guides 1. Prepare your documents | Guías en EspañolPrepare los documentos |
| Step-by-step written guides 2. Register to eFile | Guías en EspañolInscríbase |
| Step-by-step written guides 3. Sign in and reset password | Guías en EspañolInicie una sesión y restablezca la contraseña |
| Step-by-step written guides 4. Start a filing | Guías en EspañolInicie una presentación |
| Step-by-step written guides 5. Add or find case information | Guías en EspañolAgregue o encuentre información sobre el caso |
| Step-by-step written guides 6. Add or see parties | Guías en EspañolAgregue o vea las partes |
| Step-by-step written guides 7. Upload documents | Guías en EspañolCargue los documentos |
| Step-by-step written guides 8. Add service contacts (optional) | Guías en EspañolAgregue contactos a notificar (optativo) |
| Step-by-step written guides 9. Take care of fees/fee waiver | Guías en EspañolPague las cuotas/pida una exención de cuotas |
| Step-by-step written guides 10. Review and submit | Guías en EspañolRevise y envíe |
| Step-by-step written guides 11. Check status | Guías en EspañolConsulte el estado |

**OPTION 2**: Below are resources for the Odyssey eFileIL site available at: https://illinois.tylertech.cloud/OfsWeb/Home.




Option 2 sign in page

| Step-by-step written guides | Audio-visual guides | Guías en Español |
|---|---|---|
| Step-by-step written guides 1. Prepare your documents | Audio-visual guides | Guías en Español 1. Prepare sus documentos |
| Step-by-step written guides 2. Register to eFile | Audio-visual guides Registering for a new account with Odyssey File & Serve | Guías en Español 2. Inscríbase para hacer una presentación electrónica |
| Step-by-step written guides 3. Sign in | Audio-visual guides Signing in to your account | Guías en Español 3. Inicie sesión |
| Step-by-step written guides 4. Create a new password if you forgot it | Audio-visual guides Creating a new password | Guías en Español 4. Genere una contraseña nueva si se olvidó la anterior |
| Step-by-step written guides 5. Add a payment account | Audio-visual guides | Guías en Español 5. Agregue una cuenta de pago |
| Step-by-step written guides 6. Enter case information | Audio-visual guides Enter your case information - new case Enter your case information - file into existing case | Guías en Español 6. Ingrese la información de su caso |
| Step-by-step written guides 7. Enter party information | Audio-visual guides Enter party information | Guías en Español 7. Ingrese la información de las partes |
| Step-by-step written guides 8. Upload your documents in the filings section | Audio-visual guides Upload filings | Guías en Español 8. Cargue sus documentos en la sección de presentaciones |
| Step-by-step written guides 9. Pay fees | Audio-visual guides Pay fees | Guías en Español 9. Pague las cuotas |
| Step-by-step written guides 10. Review the summary and submit your e-filing | Audio-visual guides | Guías en Español 10. Repasar el resumen y enviar su presentación electrónica |

eFile Case Categories and Case Types Charts

Learn More

# Self Help

- Asking the Court to do Something
- Attend Court by Phone or Video
- Court Interpreter Resources
- e-Filing
- Divorce With Children
- Has My Attorney Been Disciplined?
- How do I: Juror Conduct (Handbooks)
    - Petit Juror Handbook
    - NCSC Center for Jury Studies - Videos
    - Grand Juror Handbook
- Illinois statutes (ILCS)
- Resources for Self-Represented Litigants
- Resources for SRLs in Civil Appeals
- ReSearch IL
- Standardized Court Forms
- Criminal Jury Instructions
- Civil Jury Instructions
- Understanding the Foreclosure Process

- Unpaid traffic tickets and DL suspension
- RSS Feeds
  - Family
  - Housing
  - Safety
  - Small Claims
  - Traffic
- How to e-File
- Supreme Court Access for People with Disabilities

- Courts
  - Supreme Court
    - Meet the Justices
    - Docket & Briefs
    - Orders and Announcements
    - Oral Argument Audio and Video
    - Anticipated Filing Dates and Opinions List
    - Petition for Leave to Appeal Dispositions
    - Committees and Commissions
    - Rules Committee Public Hearings
    - Attorney Licensure
    - Certificate of Registration (Rule 721)
    - Staff and Contact Information
    - Supreme Court Library
    - Supreme Court Courtroom and Resources
  - Appellate Court
    - Meet the Justices
    - First District
    - Second District
    - Third District
    - Fourth District
    - Fifth District
    - Workers' Compensation
    - Oral Arguments Calendars
    - Oral Argument Audio
    - Meet the Appellate Court Clerks
    - Appellate Court Local Rules
    - Appellate Court Districts and Resources
  - Circuit Court
    - Chief Judges and Administrative Staff
    - Circuit Court Clerks
    - Jury Information
    - Judicial Directory
    - Plead and Pay Traffic / Conservation Tickets (e-Guilty)
    - Illinois Circuit Court Statistical Reports
    - Manual on Recordkeeping
    - Circuit Courts and Resources
  - Additional Resources
    - Judicial Events
    - Remote Proceedings
    - High-Profile Cases
    - Employment Opportunities
    - Probation Eligible Employment Application
    - Procurement Opportunities

- Holidays & Closings
- COVID-19 Resources
- Judicial Directory
- Judicial Branch Policies & Standards
- Illinois Judicial Conference
- Office of Statewide Pretrial Services
- Pretrial Data and Opinions

- Opinions
- Rules / Law
  - Supreme Court Rules
  - Illinois Rules of Professional Conduct of 2010
  - Illinois Code of Judicial Conduct of 2023
  - Illinois Rules of Evidence
  - Appellate Court Local Rules
  - IPI Jury Instructions
  - Illinois Compiled Statutes
  - Administrative Code (JCAR)
  - Rules of Procedure (IBAB)
  - Illinois Constitution
  - U.S. Constitution
- Services
  - Illinois e-Court Initiatives
  - re:SearchIL (Statewide Document Repository)
  - eFileIL (Statewide e-filing)
  - Certificate of Registration (Rule 721)
  - Volunteer Pro Bono Program for Criminal Appeals
  - Court Improvement Program (CIP)
  - Probation and Pretrial Practices
  - Statement of Economic Interest Forms
  - Attorney Licensure
  - Bar Admission Ceremonies
  - Supreme Court Library
- Forms
  - Approved Statewide Forms
  - Uniform Mental Health Orders
  - Probation Reimbursement Invoice Voucher
  - Annual Certification of Private Insurance Coverage
  - Probation Eligible Employment Application
  - Judicial Speakers Bureau Request Form
  - State C-10 Travel Voucher Form
  - Judicial Branch Application for Employment
  - Uniform Citation Forms
  - Court Forms Hub
  - Emergency Closing Policy and Procedures
  - Representation by Law Students / Graduates (Rule 711)
  - Judicial Request for Removal of Personal Information
  - Firearms Restraining Order Forms
  - Sentencing Judgement Order to IDOC Form
- Reports
  - Annual Report of the Illinois Courts
  - Circuit Civil, Criminal and Traffic Assessment Reports
  - Illinois Judicial Branch Strategic Agenda
  - Annual Reports to the General Assembly
  - Mandatory Arbitration Reports

- 2016 Statutory Court Fee Task Force Report
- 2023 Statutory Court Fee Task Force Report
- Strategic Agenda Operational Plan
- Results of 2015 Circuit Court User Survey
- Access to Justice Commission's Strategic Plan
- Illinois Circuit Court Statistical Reports
- Mental Health and Justice in Cook County Bond Courts
- Pretrial Practices Data Oversight Board Preliminary Report

- AOIC
  - Executive Office
  - Access to Justice Division
  - Administrative Services Division
  - Communications Division
  - Courts, Children and Families Division
  - Court Services Division
  - Human Resources Division
  - Judicial College Division
  - Judicial Management Information Services Division (IT)
  - Office of Statewide Pretrial Services
  - Probation Services Division
  - Contact
- What's New

- **Public** Find information helpful to the public
- **Judges** Find information helpful to judges
- **Lawyers** Find information helpful to lawyers
- **Media** Media links

- Translate
- Feedback
- Email Updates



ILLINOIS SUPREME COURT COMMISSION ON ACCESS TO JUSTICE

# E-Filing Guide for Self-Represented Litigants

## How to E-File in Odyssey

ODYSSEY eFileIL

## Step 8: Upload Your Documents in the Filings Section

### E-filing Steps

1. Prepare Documents
2. Register
3. Sign In
4. Create New Password
5. Add Payment Account
6. Case Information
7. Party Information
8. Upload Filings
9. Pay Fees
10. Review Summary / Submit

ODYSSEY eFileIL

# Upload documents and complete the Filings section

The documents you want to file with the court have to be uploaded into the system. This all happens in the **Filings** section after you have completed the Case Information and Party Information. The whole packet of what you upload to file is called an "envelope" in the e-filing system.

## Choose the Filing Type

1. Click on **Efile**.




This box should be defaulted to Efile, but some Locations may also have Serve or EfileAndServe as Filing Type options. Make sure you select Efile or talk to your court staff about the other options. Note: selecting Serve or EfileAndServe does NOT qualify for service of process.

## Choose the Filing Code

1. Click on the **Filing Code** box for the drop down menu. Filing Code means the type of document that you are filing with the court (for example: Complaint, Motion, Waiver).

2. **Click** on the type of document you are filing.




If you don't know your Filing Code ask the court staff so there is no problem with your filing.

3. Once you select the Filing Code, you have the option of filling out four boxes, but they are not required.
    a. Filing Description (optional)
        i. This is just for you to remember what you are filing.
    b. Client Reference Number (optional)
        i. This is a tracking number for lawyers to use to know which client's case they are filing in. Since you are representing yourself, you won't use this box.
    c. Comments to Court (optional)
        i. These comments are for the court reviewer to read when assessing your document.
    d. Courtesy Copies (optional)
        i. You may enter a list of email addresses (separated by a comma) for where you want the document sent.




**Note: this is a courtesy and does NOT qualify for service of process or proper notice.**

## Explanation of Lead Documents, Attachments, and Document Size

**What is a Lead Document?**

- Any document that you need the court to look at to be able to give you what you want.
    - For example, if you want the court to grant your request to move your court date, upload your Motion for a Continuance as a Lead Document.
- All notice documents (such as a Notice for Court Date, Notice of Motion) are Lead Documents.
- You can file more than one Lead Document at a time.
    - For example, you could have Lead Document 1: Notice of Motion; Lead Document 2: Motion for a Continuance; and Lead Document 3: Application for Waiver of Court Fees.
    - An *Application for Waiver of Court Fees* is always a Lead Document and should be filed at the same time as your other documents. If the court already approved your Application for Waiver of Court Fees, you should file a copy of the approved *Order* as an attachment to anything you file after that.

**What are Attachments?**

- A category of filing that is only an option in some counties and for some types of Filing Codes. If you don't see Attachments as an option, file everything in the Lead Document section. You can do that by making the Lead Document and any attachments/exhibits one PDF, and upload as a Lead Document.
- Any document that you reference in your Lead Document, but is not technically part of the Lead Document. They are usually called exhibits or attachments.
    - For example, if you write an Answer in an eviction case saying why you shouldn't be evicted, that written explanation is the Lead Document. In the Answer, you reference a receipt for paying rent. The copy of the receipt could be labeled Exhibit or Attachment 1 and would be an Attachment, not a Lead Document.

**What are the Document Size Limits?**

- For Trial Courts, each document cannot be larger than 25MB and a combined total of 50MB per filing.
- For the Supreme Court and the Appellate Courts the file size limit is to 150MB.

## Upload First Lead Document (Required)

All Lead Documents MUST be uploaded as separate Lead Documents or your filing may be rejected. This means that you have to scan or save each Lead Document separately so you can upload it separately. Generally speaking, most filings will have *at least* 2 Lead Documents: (1) the main document you are filing and (2) a notice or proof of delivery document.

If any Lead Document is more than one page long, all the pages of the same document should be scanned/saved as one document and uploaded as one document. For example, if your Motion is 3 pages long, all 3 pages should be uploaded as one Lead Document.

1. Click on the **Upload Icon** under the Lead Document heading.




2. A Window will pop up where you will select your document.

3. Find where the document is saved on the computer (desktop, documents folder, flash drive).

4. Select the document you would like to file and click **Open**. The document title will appear in the Description Box.

5. If you selected the wrong document, you can delete it by clicking on the **X** in the right corner.




6. Once you have the correct document, select the drop down menu for the **Security** box. Click whether the document is public (non-confidential) or confidential.




Most court documents are public (non-confidential) even though they contain personal information that you may like to keep private. You may need a court order to be able to select confidential. Please speak to court staff before selecting confidential because your filing may be rejected.

ODYSSEY eFileIL

7. If your Lead Document doesn't have attachments or optional services, Click **Save Changes**. If your Lead Document has attachments or you want optional services, see below.




## Upload Attachments (Optional)

1. Click on the **Upload** Icon under the Attachments heading.

2. A Window will pop up where you will select your document.

3. Find where the document is saved on the computer (desktop, documents folder, flash drive).




4. Select the document you would like to file and click **Open**. The document title will appear in the Description Box.

5. If you selected the wrong document, you can delete it by clicking on the X in the right corner.

6. Once you have the correct document, select the drop down menu for the **Security** box. Select whether the document is public (non-confidential) or confidential.

7. Click **Save Changes** (unless you want Optional Services, see next page).




Most court documents are public (non-confidential) even though they contain personal information that you may like to keep private. You may need a court order to be able to select confidential. Please speak to court staff before selecting confidential because your filing may be rejected.

## Optional Services and Fees (Optional)

Unless you need something like certified copies of judgments, a jury demand, or an alias summons, you do not have to do anything in this section.

1. Click **Add Optional Services and Fees** and look through the drop down menu to see what is offered.




2. Click on the Service you want. Be sure not to click anything you already selected in the Filing Code, or you may be charged twice.

3. If applicable, type the **number** of that service you want in the Enter a Quantity box.




4. Click **Save Changes.**

## Upload Additional Lead Document

1. Add additional Lead Documents by clicking the **Add Another Filing**.




2. Follow the instructions above for Uploading another Lead Document.

3. Repeat for all Lead Documents in your case.

## Service Contacts

After uploading your documents, if you see the Service Contacts box it means you selected Serve or EfileAndServe for the Filing Type.




1. Click **Actions** next to the party you want to send email notice to. Note: this gives notice to the other side, but NOT qualify for service of process.

2. Click on **Add from Service Contacts** or **Add From Public List** to find the email you want to send to.

3. If you find the email, Click on it.
    a. Click **Save Changes.**

4. If you get a message saying there are no contacts or no items to display, click **Close**.




5. If you don't want to send anyone notice of the filing by email or if no contacts are listed, you can get rid of this section by going back to the Filings Section. You will see all of the Lead Documents you have uploaded.
    a. Click on the first **document**. It will now be shaded blue and the information about the document will open delow.
    b. Click on the dropdown menu for **Filing Type.**
    c. Change the Filing Type to **Efile.**




    d. Scroll down and click **Save Changes.**

    e. Click on the next document and change the Filing Type to Efile. Make sure all Lead Documents have just Efile as the Filing Type.

**You have successfully uploaded your documents/completed the Filings section.**

Need Help? Call Odyssey's Filer Support Number: 1-800-297-5377

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEM...

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

9505512149884299970393

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:33 pm on October 28, 2024 in SPRINGFIELD, IL 62704.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, In/At Mailbox**

SPRINGFIELD, IL 62704
October 28, 2024, 1:33 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Jardell Young

IC

ILND 44 (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Gardell Delmaro Yancey

(b) County of Residence of First Listed Plaintiff Cook

*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

United States Government
United States Department of Justice

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities Employment
- ☐ 446 Amer. w/Disabilities Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

FILED
DEC 17 2024 LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from Another District *(specify)* | 6 Multidistrict Litigation-Transfer | 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Fourteenth Amendment

## VII. Previous Bankruptcy Matters

(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☐ Yes ☒ No

## IX. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

**X. This case** (check one box) ☐ Is not a refiling of a previously dismissed action ☐ is a refiling of case number ____ previously dismissed by Judge ____

DATE 2-17-24

SIGNATURE OF ATTORNEY OF RECORD Gardell Yancey

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties**. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the six boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity. Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Previous Bankruptcy Matters** For nature of suit 422 and 423 enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this court. Use a separate attachment if necessary.

**VIII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P. Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**IX.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**X.** **Refiling Information.** Place an "X" in one of the two boxes indicating if the case is or is not a refilling of a previously dismissed action. If it is a refiling of a previously dismissed action, insert the case number and judge.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gardell Delmaro Yancey
(Please print)

STREET ADDRESS: 2030 Sycamore Ave

CITY/STATE/ZIP: Hanover Park, IL 60133

PHONE NUMBER: ______________________

CASE NUMBER: ______________________

Gardell Yancey
Signature

12-17-24
Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☒ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

gyancey2002@yahoo.com
E-Mail Address
(Please Print Clearly)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

***IN FORMA PAUPERIS* APPLICATION AND FINANCIAL AFFIDAVIT**

Gardell Delmaro Yancey,
Plaintiff

v.

United States Government
United States Department of Justice,
Defendant(s)
United States Department of Health and Human Services
United States Department of Education

Case Number: ____

Judge:

***Instructions:*** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

***Application:*** I, Gardell Delmaro Yancey, declare that I am the ☑ plaintiff ☐ petitioner ☐ movant ☐ (other ______) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☑ No (If "No," go to Question 2)

   I.D. #: ______ Name of prison or jail: ______

   Do you receive any payment from the institution? ☐ Yes ☐ No

   Monthly amount: ______

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "*yes*," state your:
      *Monthly* salary or wages: ______
      Name and address of employer: ______

   b. If the answer is "*no*," state your:
      Beginning and ending dates of last employment: January / 2009
      *Last monthly* salary or wages: $3,800
      Name and address of last employer: AT&T
      208 S. Akard Street, Suite 2954, Dallas, Texas 75202

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3. Are you married? ☐ Yes ☑ No
If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
Spouse's *monthly* salary or wages: ______
Name and address of spouse's employer: ______

______

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark a ✓ next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

a. ☐ Salary or ☐ wages ☐ Yes ☑ No
Total received in the last 12 months: ______
Received by: ______

b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☑ No
Total received in the last 12 months: ______
Received by: ______

c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☑ No
Total received in the last 12 months: ______
Received by: ______

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support ☐ Yes ☑ No
Total received in the last 12 months: ______
Received by: ______

e. ☐ Gifts or ☐ inheritances ☐ Yes ☑ No
Total received in the last 12 months: ______
Received by: ______

f. ☐ Unemployment, ☐ welfare or ☑ any other public assistance ☐ Yes ☐ No
Total received in the last 12 months: $2,100
Received by: ______

g. ☐ Any other sources (describe source: ______) ☐ Yes ☑ No
Total received in the last 12 months: ______
Received by: ______

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☑ Yes ☐ No
Total amount: $4.00
In whose name held: ______ Relationship to you: ______

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐Yes ☑No
Property: ________________ Current value: ________________
In whose name held: ________________ Relationship to you: ________________

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐Yes ☑No
Type of property and address: ________________
Current value: ________________ Equity: ________________ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: ________________ Relationship to you: ________________
Amount of monthly mortgage or loan payments: ________________
Name of person making payments: ________________

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐Yes ☑No
Year, make and model: ________________
Current value: ________________ Equity: ________________ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: ________________
In whose name held: ________________ Relationship to you: ________________
Name of person making payments: ________________

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☑No
Property: ________________
Current value: ________________ Equity: ________________ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: ________________
In whose name held: ________________ Relationship to you: ________________
Name of person making payments: ________________

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☑None.

________________
________________

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☑None.

________________
________________

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12-17-24

Gardell Yancey
Signature of Applicant

Gardell Delmaro Yancey
(Print Name)

---

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, ____________________, I.D.# ______________, has the sum of $ ____________ on account to his/her credit at (name of institution) ____________________________. I further certify that the applicant has the following securities to his/her credit: ______________. I further certify that during the past six months the applicant's average monthly deposit was $ ______________. (Add all deposits from all sources and then divide by number of months).

________________________ Date

________________________ Signature of Authorized Officer

________________________ (Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Plaintiff(s)
Gardell Delmaro Yancey
v.

Defendant(s)
United States Government
United States Department of Justice

Case No: ______________

Judge: ______________

## MOTION FOR ATTORNEY REPRESENTATION

**(NOTE: Failure to complete all items may result in the denial of this**

1. I, Gardell Delmaro Yancey, declare that I am the (check ap... ...e box) ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

   but I have been unable to find an attorney because:
   No attorney has accepted the case with general terms

3. I declare that (check all that apply):

*(Now:)*

☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

*(Earlier:)*

☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):

☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school ☐ Some high school ☐ High school graduate

☐ Some college ☐ College graduate ☑ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

[signature] — Movant's Signature

2030 Sycamore Ave — Street Address

12-17-24 — Date

Hanover Park, IL 60133 — City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

Case Name: ______________________ Case No.: ______________

Attorney's Name: ______________ The case is still pending: Yes ____ No _____

The appointment was limited to settlement assistance: Yes ____ No _____

Case Name: ______________________ Case No.: ______________

Attorney's Name: ______________ The case is still pending: Yes ____ No _____

The appointment was limited to settlement assistance: Yes ____ No _____

Case Name: ______________________ Case No.: ______________

Attorney's Name: ______________ The case is still pending: Yes ____ No _____

The appointment was limited to settlement assistance: Yes ____ No _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED

DEC 17 2024 M

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

United States Postal Service
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Postal Service
475 L'Enfant Plaza, SW
Washington D.C. 20260-0010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

IC

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED
DEC 17 2024 cu
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

Civil Action No.

United States Department of Education
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Department of Education
400 Maryland Ave, SW
Washington, D.C. 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*
on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

IC

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED
DEC 17 2024 M
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

Civil Action No.

United States Department of Health and Human Services
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED

DEC 17 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

United States Government

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Government
1600 Pennsylvania Avenue, NW
Washington D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED

DEC 17 2024 ML

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

United States Department of Justice
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
, a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

JC

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED

DEC 17 2024 un

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

Central Intelligence Agency
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Central Intelligence Agency
Office of Public Affairs
Washington, D.C. 20505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED
DEC 17 2024
VM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

Civil Action No.

National Security Agency
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

National Security Agency
9800 Savage Rd, Suite 6272
Fort George G. Meade, MD 20755-6000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED

DEC 17 2024 UM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

State of Illinois Supreme Court
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
State of Illinois Supreme Court
200 E. Capitol Avenue
Springfield, IL 62701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*
on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

IC

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED
DEC 17 2024 UA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

Civil Action No.

National Aeronautics and Space Administration
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
National Aeronautics and Space Administration
300 E St., Suite 5R30
Washington, D.C. 20546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

RECEIVED

DEC 17 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gardell Delmaro Yancey
*Plaintiff(s)*

v.

Civil Action No.

United States Department of Labor
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Department of Labor
200 Constitution Ave, NW
Washington, D.C. 20210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12-17-24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

RECEIVED

DEC 17 2024 [initials]

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT